UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 1 3 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>V. )<br>KYLE KIENSTRA, )<br>DAVID BRECKER, a/k/a "Baldy" )<br>MICHAEL SARACINO, )<br>ANTHONY BOEHM, a/k/a "Tony" )<br>MILES AMANN, )<br>SCOTT HENSLER, a/k/a "Scooter" and "Lenny" )<br>CHAD COLLINS, a/k/a "Arnold" )<br>DEREK LUTZ, )<br>JOHN MORGAN, )<br>GREG GIBBAR, )<br>BRENT GIBBAR, )<br>GIANPIERO BARRALE, and )<br>SHELLY BAKER, )<br>)<br>Defendants. ) | 4:14CR250 CDP/TIA |

## O R D E R

It appearing to the Court that the following defendants to wit:

KYLE KIENSTRA,
DAVID BRECKER, a/k/a "Baldy"
MICHAEL SARACINO,
ANTHONY BOEHM, a/k/a "Tony"
MILES AMANN,
SCOTT HENSLER, a/k/a "Scooter" and "Lenny"
CHAD COLLINS, a/k/a "Arnold"
DEREK LUTZ,
JOHN MORGAN,
GREG GIBBAR,
BRENT GIBBAR,
GIANPIERO BARRALE, and
SHELLY BAKER

have been indicted by the Grand Jury, and that the defendants have not yet been taken into custody, nor have the defendants yet given bail for the defendants initial appearance to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendants are in custody or have been given bail for their initial appearance.

Dated this 13th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE