UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | Case No. 4:14 CR 250 CDP |
| ) | |
| DAVID BRECKER,      ) | |
| MICHAEL SARACINO,      ) | |
| ANTHONY BOEHM,      ) | |
| MILES AMANN,      ) | |
| SCOTT HENSLER,      ) | |
| CHAD COLLINS,      ) | |
| DEREK LUTZ,      ) | |
| JOHN MORGAN,      ) | |
| GREG GIBBAR,      ) | |
| BRENT GIBBAR,      ) | |
| GIANPIERO BARRALE, and      ) | |
| SHELLY BAKER,      ) | |
| ) | |
| Defendants.      ) | |

## ORDER

**IT IS HEREBY ORDERED** that the jury trial in this matter **as to the above named defendants** is set for **Monday, June 29, 2015 at 8:30 a.m.** in Courtroom 14-South.   **Any requests for continuance or changes to this trial date must be filed no later than April 29, 2015**.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of April, 2015.